IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2015 SEP -8 PM 2: 15

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR120 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| AMY N. FISHER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Defendant's oral motion for an order of restitution to facilitate the collection of restitution payments prior to the sentencing hearing. The Court, being duly advised, finds that the motion should be and hereby is granted.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court, for the District of Nebraska, 111 S. 18th Plaza, Suite #1152, Omaha, NE 68102,  accept $186,353.53 in restitution until further order from the court.

DATED this _____ day of September, 2015.

BY THE COURT:

HON. LAURIE SMITH CAMP
Chief United States District Court Judge